FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2023-3061
LT Case No. 2021-CF-1104-A

_____

CHRISTIAN POLANCO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Matthew J. Metz, Public Defender, and Judson Searcy, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

February 21, 2025

PER CURIAM.

AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672, 673–74 (Fla.
5th DCA 2024) (finding, pursuant to section 938.27(8), Florida
Statutes, that the trial court does not commit error in imposing a
$100 prosecution cost without a request on the record from the
state); *see also Parks v. State*, 371 So. 3d 392, 393–94 (Fla. 1st DCA

2023), *rev. granted*, No. SC2023-1355, 2024 WL 370043, \*1 (Fla. Jan. 31, 2024).

MAKAR, WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____